UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 18-21162 (JKS) |
| LEWIS, ADRIAN | Chapter: 7 |
| | Judge: JOHN K. SHERWOOD |

## NOTICE OF PROPOSED ABANDONMENT

<u>Jay L. Lubetkin</u>, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK  Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable JOHN K. SHERWOOD on AUGUST 14, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 138 Poor Street<br>Hackensack, NJ 07601<br><br>Current Market Value: $327,707.00 |

| | |
|---|---|
| Liens on property: | $452,070.00 |

| | |
|---|---|
| Amount of equity claimed as exempt: | $0.00 |

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| NAME: | /s/Jay L. Lubetkin, Chapter 7 Trustee |
| FIRM NAME: | Rabinowitz, Lubetkin & Tully, L.L.C. |
| ADDRESS: | 293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039 |
| TELEPHONE NO: | (973) 597-9100 |
| SUBMITTED BY: | Jay L. Lubetkin   POSITION: Chapter 7 Trustee   PHONE: (973)597-9100 |
| DATED: | July 17, 2018 |

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-21162-JKS
Adrian Lewis                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 2          Date Rcvd: Jul 18, 2018
                             Form ID: pdf905        Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
db          +Adrian Lewis,   138 Poor Street,   Hackensack, NJ 07601-1709
517568624   +Bk Of Amer,   Pob 15026,   Wilmington, DE 19850-5026
517568625   +Bk Of Amer,   Pob 17054,   Wilmington, DE 19884-0001
517568630    Dpt Ed/Nav,   Po Box 9655,   Wilkes Barre, PA 18773-9655
517568632   +Midland Mtg,   Pob 26648,   Oklahoma City, OK 73126-0648
517568635   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Mtr,   19001 S Western Av,   Torrance, CA 90501)
517568638   ++U S DEPARTMENT OF EDUCATION,   P O BOX 5609,   GREENVILLE TX 75403-5609
             (address filed with court: Us Dept Ed,   Po Box 7202,   Utica, NY 13504-7202)
517568636   +U S Dept Of Ed/Gsl/Atl,   Po Box 2287,   Atlanta, GA 30301-2287
517568637   +Us Dep Ed,   Po Box 5609,   Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2018 23:51:34     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2018 23:51:31     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517568623   +E-mail/Text: ally@ebn.phinsolutions.com Jul 18 2018 23:50:30     Ally Financial,
             200 Renaissance Ctr,   Detroit, MI 48243-1300
517568627   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 18 2018 23:54:33     Capital One,
             11013 W Broad St,   Glen Allen, VA 23060-6017
517568628   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 18 2018 23:55:42     Capitalone,
             Po Box 85520,   Richmond, VA 23285-5520
517568629   +E-mail/PDF: pa_dc_ed@navient.com Jul 18 2018 23:55:48     Dept Of Ed/Navient,   Po Box 9635,
             Wilkes Barre, PA 18773-9635
517568631   +E-mail/Text: jennifer.macedo@gatewayonelending.com Jul 18 2018 23:50:41
             Gateway One Lending &,   160 N Riverview Dr Ste 1,   Anaheim, CA 92808-2293
517568634   +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2018 23:55:47     Syncb/Jcp,   Po Box 965007,
             Orlando, FL 32896-5007
                                                                          TOTAL: 8


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517568626      Bk Of Amer
517568633   ##+Pinnacle Llc/Resurgent,   810 1st St S Ste 260,   Hopkins, MN 55343-7606
                                                                  TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                          Signature:  /s/Joseph Speetjens

────────────────────────────────────────────────────────────────────────────

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
        Jay L. Lubetkin    jlubetkin@rltlawfirm.com,  NJ57@ecfcbis.com,lvala@rltlawfirm.com,
         rgaydos@rltlawfirm.com
        Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
         NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
        Jose R. Torres    on behalf of Debtor Adrian  Lewis jrt@torreslegal.com,  notices@nextchapterbk.com

District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 18, 2018
                             Form ID: pdf905           Total Noticed: 17


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Kevin Gordon McDonald   on behalf of Creditor   U.S. Bank National Association as trustee on
             behalf of the holders of Banc of America Funding Corporation Mortgage Pass-Through Certificates,
             Series 2006-H kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
            U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                             TOTAL: 5